**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
D.D. and K.S., individually and on behalf of A.D.,
                                Plaintiffs,

        -against-                                          24 **CIVIL** 9437 (JGK)

                                                    **JUDGMENT**

New York City Department of Education,
                                Defendant.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation & Order dated March 31, 2025, and pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(ii), Judgment is entered dismissing the case with prejudice; therefore, case is closed.

**Dated:**  New York, New York
          March 31, 2025

                                              **TAMMI M. HELLWIG**
                                                    **Clerk of Court**
                          **BY:**
                                                    **Deputy Clerk**